UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 05 2017
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CORY MICHAEL POELSTRA,<br><br>　　　　　　Defendant. | CR 17-40103<br><br>REDACTED INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance<br><br>21 U.S.C. §§ 841(a)(1) and 846 |

The Grand Jury charges:

Beginning on an unknown date and continuing until on or about October 19, 2017, in the District of South Dakota and elsewhere, Cory Michael Poelstra did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture and substance containing 4-anilino-N-phenethylpiperidine (4-ANPP), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____