UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR17-40103 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| CORY MICHAEL POELSTRA, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Cory Michael Poelstra.

Beginning on an unknown date and continuing until on or about October 19, 2017, I, along with at least one other person, reached an agreement or came to an understanding to distribute a mixture or substance containing fentanyl in the District of South Dakota and elsewhere.

I voluntarily and intentionally joined in the agreement or understanding to distribute fentanyl.

At the time I joined in the agreement or understanding to distribute fentanyl, I knew the purpose of the agreement or understanding.

During my involvement in the conspiracy, I ordered fentanyl from the "Dark Web" and had it shipped to Yankton, South Dakota. I then sold fentanyl to various customers in South Dakota. I was aware that some of the individuals I provided fentanyl to were reselling that fentanyl to their own customers in South Dakota. On October 19, 2017, law enforcement executed a search warrant at my residence in Yankton, where they found pills that had ordered from the Dark Web and believed to be fentanyl pills. These pills were tested and found to contain 4-ANPP or 4-anilino-N-phenethylpiperidine, a Schedule II chemical and known "precursor" to fentanyl and other opiates.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

|  | RONALD A. PARSONS, JR.<br>United States Attorney |
|---|---|
| 10/15/18<br>Date | Jennifer D. Mammenga<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)357-2361<br>Facsimile: (605)330-4410<br>E-Mail: jennifer.mammenga@usdoj.gov |

[2]

9/24/18
Date

Cory Poelstra
Cory Michael Poelstra
Defendant

10/9/18
Date

John M. Wilka
Attorney for Defendant

[3]